**STATE OF LOUISIANA IN THE INTEREST OF M.P.**

\* NO. 2020-CA-0083

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

RLB     **BELSOME, J., CONCURS IN THE RESULT**